IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Joseph, Pauline

Printed: 9/3/08

Case Number: 06 B 04824
Judge: Wedoff, Eugene R
Filed: 5/1/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: June 19, 2008
Confirmed: August 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,870.00 |  |
| Secured: |  | 7,829.77 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,468.50 |
| Trustee Fee: |  | 561.11 |
| Other Funds: |  | 10.62 |
| Totals: | 10,870.00 | 10,870.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,468.50 | 2,468.50 |
| 2. | Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Americredit Financial Ser Inc | Secured | 8,943.05 | 5,879.77 |
| 4. | General Motors Acceptance Corp | Secured | 5,504.13 | 1,950.00 |
| 5. | Capital One | Unsecured | 286.37 | 0.00 |
| 6. | General Motors Acceptance Corp | Unsecured | 90.00 | 0.00 |
| 7. | Chase Bank | Unsecured | 139.73 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 126.70 | 0.00 |
| 10. | Capital One | Unsecured | 211.17 | 0.00 |
| 11. | General Motors Acceptance Corp | Unsecured | 1,566.06 | 0.00 |
| 12. | Americredit Financial Ser Inc | Unsecured | 2,459.95 | 0.00 |
| 13. | Shoppers Charge Accounts | Unsecured | 86.58 | 0.00 |
| 14. | Midwest Verizon Wireless | Unsecured | 216.18 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 175.11 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 207.35 | 0.00 |
| 17. | Current Inc | Unsecured |  | No Claim Filed |
| 18. | CB USA Sears | Unsecured |  | No Claim Filed |
| 19. | Eastern Collection Corp. | Unsecured |  | No Claim Filed |
| 20. | Allied Interstate | Unsecured |  | No Claim Filed |
| 21. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | Crossing Pointe | Unsecured |  | No Claim Filed |
| 24. | Lew Margram | Unsecured |  | No Claim Filed |
| 25. | High Technology Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Joseph, Pauline | | Case Number: | 06 B 04824 |
|---|---|---|---|---|
| | | | Judge: | Wedoff, Eugene R |
| | Printed: 9/3/08 | | Filed: | 5/1/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Eastern Collection Corp. | Unsecured | | No Claim Filed |
| 27. | Sallie Mae | Unsecured | | No Claim Filed |
| 28. | Rodale Press Publications | Unsecured | | No Claim Filed |
| 29. | New York & Co | Unsecured | | No Claim Filed |
| 30. | ShopNBC | Unsecured | | No Claim Filed |
| 31. | Sm Servicing | Unsecured | | No Claim Filed |
| 32. | Credit Collection | Unsecured | | No Claim Filed |
| 33. | University of Chicago | Unsecured | | No Claim Filed |
| 34. | Visa | Unsecured | | No Claim Filed |
| 35. | University of Chicago | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,510.88 | $ 10,298.27 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 79.50 |
| 4.8% | 154.19 |
| 5.4% | 325.35 |
| 6.5% | 2.07 |
| | _____ |
| | $ 561.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

